Certificate Number: 05781-CAC-DE-041209960

Bankruptcy Case Number: 26-15848



05781-CAC-DE-041209960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2026</u>, at <u>9:21</u> o'clock <u>PM PDT</u>, <u>Lillian Garcia</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>July 15, 2026</u>                   By:      <u>/s/Allison M Geving</u>

                                                     Name:  <u>Allison M Geving</u>

                                                     Title:    <u>President</u>